August 28, 2023

Rolland Wayne Rich, President

RWR Enterprises, LLC

P. O. Box 3828

Albany, Georgia 31706

Clerk, U.S. Bankruptcy Court

Middle District of Georgia

P. O. Box 1957

Macon, Georgia 31202

Re: Johnathon Dean McCarty, Case # 23-10650-AEC

Dear Sir/Madam:

In reference to the above Chapter 7 case before you, I respectfully request the Court not grant this Bankruptcy Chapter 7 as Mr. McCarty was deceptive and committed fraud against me. I am 82 years old and just recently took him to court; whereby, the Judge in Americus ordered him to pay me $500.00 per month until debt was paid in full.

Thank you. I request you grant me a hearing and await your reply.

Sincerely,

*Wayne Rich*

Rolland Wayne Rich, President

8-28-23, Fed Ex To: 433 Cherry St., Macon, GA. 31202