United States Bankruptcy Court
Middle District of Georgia

| | | |
|---|---|---|
| In re   Johnathon Dean McCarty | ) | Case No.   23-10650 AEC |
| Debtor/Movant | ) | Chapter   7 |
| vs.   Roland Wayne Rich | ) | |
| Respondent | ) | |

# NOTICE OF CONTINUED HEARING

The hearing set for the *Response With Opposition* filed by Creditor Rolland Wayne Rich (Docket Entry #12) previously scheduled for 10/4/2023 at 02:00 PM at the Albany Courthouse has been continued until 11/8/2023 at 2:00 PM or as soon thereafter as is possible, at:

United States Bankruptcy Courthouse
CB King U.S. Courthouse
201 West Broad Avenue
Albany Georgia 31701

Upon arrival at the courthouse, please inquire with the Court Security Officers at the security screening station concerning the courtroom for your hearing.

Parties should consult the Court's website (www.gamb.uscourts.gov) concerning whether the hearing will be in person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

This notice is sent by the undersigned pursuant to LBR 9004-1 and other applicable Local Rules and Federal Rules which provide authority for issuing this notice.

This the 1st day of September, 2023.

*/s/ J. Michael Greene*
J. Michael Greene
Attorney for Debtor/Movant
Georgia Bar No.: 308557

Document prepared by
J. Michael Greene
**Greene & Greene**
Attorneys at Law
P.O. Box 1907
Americus, GA  31709
229 924 8412
Georgia Bar No.: 308557

United States Bankruptcy Court
Middle District of Georgia

| | | |
|---|---|---|
| In re   Johnathon Dean McCarty | ) | Case No.   23-10650 AEC |
|          Debtor/Movant | ) | Chapter   7 |
| vs.    Roland Wayne Rich | ) | |
|          Respondent | ) | |

# CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing MOTION TO AVOID LIEN, NOTICE OF TIME TO RESPOND TO MOTION and PROPOSED ORDER AVOIDING LIEN, upon the person(s) named below by placing a true and accurate copy of the same in the United States Mail with adequate first class postage thereon or by electronic service to:

Roland Wayne Rich
PO Box 3828
Albany, GA 31706

Robert M. Matson, Trustee

This the 9th day of September, 2023.    /s/ J. Michael Greene
                                        J. Michael Greene
                                        Attorney for Debtor/Movant
                                        Georgia Bar No.: 308557